UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michelle Cannon

Case No.: 18-18680
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, C.U.S.B.J.__ on __September 11, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
6 Bridlewood Court,
Vincentown, New Jersey
Valued at $420,000.00

Liens on property:
Quicken Loans, $411,605.00;
costs of sale estimated at 10%, or $42,000.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-18680-KCF
Michelle V. Cannon                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2         Date Rcvd: Aug 03, 2018
                            Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db          +Michelle V. Cannon,    200 Sooy Place Road,    Vincentown, NJ 08088-9659
cr          +Nissan Motor Acceptance Corporation,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Rd,
              Roseville, MN 55113-1100
517486074   +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517486077   +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517486079   +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517486080   +Experian,    PO Box 4500,    Allen, TX 75013-1311
517486081   +Law Office of Karen Amacker, Esq,    Price Professional Center,    1221 North Church Street,
              Suite 206,    Moorestown, NJ 08057-1245
517486082   +Nissan Motor Acceptance,    Attn: Bankruptcy,    P.O. Box 660360,    Dallas, TX 75266-0360
517486083   +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517486086   +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517486078  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    Attn: Bankruptcy,    Po Box 5229,
              Cincinnati, OH 45201)
517486087   +Walter Cannon,    6 Bridlewood Court,    Vincentown, NJ 08088-9600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 23:40:56      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 23:40:50      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517486073       E-mail/Text: bankruptcy@bbandt.com Aug 03 2018 23:40:18       BB&T,   Attn: Bankruptcy,
              Po Box 1847,    Wilson, NC 27894
517486075      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 03 2018 23:40:40      Comenitycapital/boscov,
              Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517493697      +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2018 23:44:08      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517486084      +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2018 23:44:01      Synchrony Bank/ JC Penneys,
              Po Box 965007,    Orlando, FL 32896-5007
517486085      +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2018 23:44:26      Synchrony Bank/Walmart,
              Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517486076       E-mail/Text: bankruptcy@td.com Aug 03 2018 23:40:58       Commerce Bank Na,
              Td Bank/Attn:Bankruptcy,    Po Box 9547,    Portland, ME 04112
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Daniel L Reinganum    on behalf of Debtor Michelle V. Cannon DanR@McDowellLegal.com,
               kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.c
               om;mfunk@mcdowelllegal.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 03, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                     TOTAL: 5